THE PEOPLE OF THE STATE OF NEW YORK ex rel. IRVING P. WIENER, Appellant, *v.* ROBERT BARR, as Warden of the City Prison of the City of New York, Respondent.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

*Crimes — stakeholding — habeas corpus — question whether information stated a crime one for trial court to determine — habeas corpus not proper remedy.*

People ex rel. *Wiener* v. *Barr*, 223 App. Div. 310, affirmed.
(Argued May 31, 1928; decided June 19, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 15, 1928, which reversed an order of Special Term sustaining a writ of habeas corpus, dismissed the writ and remanded the relator to custody. Relator was in custody on an information charging him with a violation of section 1712 of the Penal Law defining as a crime the holding of money staked or wagered upon the result of a prize fight. Relator contended that section 1712 relates to the holding of a stake upon a prohibited or unlawful prize fight and that as the fight upon which he held a stake or wager was duly licensed and lawful no crime had been committed. Defendant contended that the court in which the information was pending had jurisdiction to determine that question and, therefore, habeas corpus did not lie.

*John Caldwell Myers, Benjamin F. Schreiber* and *John F. Keating* for appellant.

*Joab H. Banton, District Attorney (Robert Daru* of counsel), for respondent.

Order affirmed on the ground habeas corpus is not the proper remedy.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.